JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICK JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> B. RODRIGUEZ, et al., <br><br> Defendants. | Case No. CV 17-02021-CAS (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 15, 2017

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
United States District Judge